IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

V.                                         CRIMINAL NO. 3:06cr185-DPJ-LRA

MAURIO TYRONE HICKS

## JUDGMENT OF ACQUITTAL

The jury having returned a verdict of Not Guilty as to all counts of the indictment filed against the defendant, Maurio Tyrone Hicks, the Court hereby enters a Judgment of Acquittal dismissing all charges filed against Maruio Tyrone Hicks.   This matter is fully and finally dismissed.

**SO ORDERED AND ADJUDGED** this the 28th day of February, 2007.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE